IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| TERRENCE SHANAHAN, individually and on behalf of all others similarly situated;<br><br>Plaintiff,<br><br>vs.<br><br>FORMULA 5 CAPITAL, INC., a California corporation;<br><br>Defendant. | **8:19CV135**<br><br>**ORDER OF DISMISSAL** |

The parties filed a Stipulation of Dismissal with Prejudice (Filing No. 57) advising the Court that the parties have agreed to dismiss all pending causes of action with prejudice.

Accordingly,

**IT IS ORDERED** that the Stipulation of Dismissal with Prejudice (Filing No. 57) is approved and granted. The above-captioned case is dismissed with prejudice, with each party to pay its own costs. Judgment will be entered by separate document.

Dated this 3rd day of February, 2020.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge