IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| TERRENCE SHANAHAN, individually and on behalf of all others similarly situated;<br><br>Plaintiff,<br><br>vs.<br><br>FORMULA 5 CAPITAL, INC., a California corporation;<br><br>Defendant. | **8:19CV135**<br><br>**JUDGMENT** |

Pursuant to the Order of Dismissal entered on today's date, the above-captioned case is dismissed with prejudice, with each party to pay its own costs.

Dated this 3rd day of February, 2020.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge